```
FILED
April 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:13-mj-00128-CKD |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ANTHONY MIXON, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Anthony Mixon</u>; Case <u>2:13-mj-00128-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $100,000, co-signed by parents and uncle.

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Supervision/Conditions.</u> Ordered to appear in Alaska on 5/13/2013 at 2:00 before Magistrate Judge Deborah M. Smith.

Issued at <u>Sacramento, CA</u> on <u>4/25/2013</u> at <u>2:50 pm</u>.

By _(signature)_
Carolyn K. Delaney
United States Magistrate Judge