**FILED**
April 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NUMBER: 2:13-mj-00128-CKD |
|                                                     ) | |
| Plaintiff,           ) | |
| v.                                                 ) | ORDER FOR RELEASE |
|                                                     ) | OF PERSON IN CUSTODY |
| ANTHONY MIXON,                          ) | |
|                                                     ) | |
| Defendant.         ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Anthony Mixon</u>; Case <u>2:13-mj-00128-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $100,000, co-signed by parents and uncle.

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u> Ordered to appear in Alaska on 5/13/2013 at 2:00 before Magistrate Judge Deborah M. Smith.

Issued at <u>Sacramento, CA</u> on <u>4/25/2013</u> at <u>2:50 p.m.</u>

By _____
Carolyn K. Delaney
United States Magistrate Judge